United States District Court
Southern District of Texas
**ENTERED**
March 14, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RIO BRAVO PIPELINE COMPANY, LLC, § § § | | |
| Plaintiff, § § | | |
| VS. § § | CIVIL NO. 1:23-CV-00168 | |
| 5.11 ACRES OF LAND, MORE OR LESS, § IN CAMERON COUNTY, *et al.*, § § | | |
| Defendants. § | | |

### ORDER GRANTING VOLUNTARY DISMISSAL

Before the Court is Plaintiffs' "Notice of Voluntary Dismissal Without Prejudice" (Dkt. No. 14). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's claims against Defendants are **DISMISSED without prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on March 14, 2024.

_____
Rolando Olvera
United States District Judge